# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: RUBEL, WILLIAM A, SR. § | Case No. 09-02201 |
| RUBEL, SANDRA S. § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $312,709.20                           Assets Exempt: $27,709.20
*(without deducting any secured claims)*

Total Distribution to Claimants: $25,061.62             Claims Discharged
                                                        Without Payment: $59,194.35

Total Expenses of Administration: $34,951.77

---

3) Total gross receipts of $ 75,013.39   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00   (see **Exhibit 2**), yielded net receipts of $60,013.39 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $256,700.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 34,951.80 | 34,951.80 | 34,951.77 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,000.00 | 4,766.11 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 47,806.08 | 52,280.35 | 52,055.89 | 25,061.62 |
| **TOTAL DISBURSEMENTS** | $306,506.08 | $91,998.26 | $87,007.69 | $60,013.39 |

    4)  This case was originally filed under Chapter 7 on January 26, 2009. The case was pending for 34 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/17/2011          By: /s/MICHAEL G. BERLAND
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury lawsuit-unscheduled | 1242-000 | 75,000.00 |
| Interest Income | 1270-000 | 13.39 |
| **TOTAL GROSS RECEIPTS** | | **$75,013.39** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| William Rubel | Payment of PI exemption per court order | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Will County Treasurers Office | 4110-000 | 6,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank | 4110-000 | 213,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris N.A. | 4110-000 | 37,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$256,700.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 6,250.67 | 6,250.67 | 6,250.64 |
| Cortina, Mueller, Probish PC | 3210-600 | N/A | 25,000.00 | 25,000.00 | 25,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | Scheduled | Asserted | Allowed |
|---|---|---|---|---|---|
| Cortina, Mueller, Probish P.C. | 3220-610 | N/A | 2,973.13 | 2,973.13 | 2,973.13 |
| Community Imaging | 2990-000 | N/A | 728.00 | 728.00 | 728.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 34,951.80 | 34,951.80 | 34,951.77 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | 2,000.00 | 4,766.11 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 2,000.00 | 4,766.11 | 0.00 | 0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | N/A | 224.46 | 0.00 | 0.00 |
| 2 | Discover Bank/DFS Services LLC | 7100-000 | 15,606.00 | 16,072.30 | 16,072.30 | 7,737.80 |
| 3 | PYOD LLC, as assignee of Ctibank | 7100-000 | N/A | 10,356.57 | 10,356.57 | 4,986.03 |
| 4 | PYOD LLC as assignee of Citibank | 7100-000 | N/A | 1,001.52 | 1,001.52 | 482.17 |
| 5 | American Express Bank FSB | 7100-000 | N/A | 1,331.49 | 1,331.49 | 641.03 |
| 6 | American Express Centurion Bank | 7100-000 | N/A | 5,194.01 | 5,194.01 | 2,500.59 |
| 7 | Shannon A Houdek & W. Todd Houdek | 7100-000 | N/A | 18,100.00 | 18,100.00 | 8,714.00 |
| NOTFILED | Edward Hines Lumber | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Edward Hines Lumber | 7100-000 | 3,170.73 | N/A | N/A | 0.00 |
| NOTFILED | Edward Hospital | 7100-000 | 902.02 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services | 7100-000 | 1,070.00 | N/A | N/A | 0.00 |
| NOTFILED | Target | 7100-000 | 5,872.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Sears | 7100-000 | 10,066.27 | N/A | N/A | 0.00 |
| NOTFILED | Shell Oil Credit Card Center | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Community Imaging LLC | 7100-000 | 728.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Cardiovas-Consultants Naperville | 7100-000 | 391.06 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 47,806.08 | 52,280.35 | 52,055.89 | 25,061.62 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-02201  
**Case Name:** RUBEL, WILLIAM A, SR.  
RUBEL, SANDRA S.  
**Period Ending:** 11/17/11

**Trustee:** (520196) MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 01/26/09 (f)  
**§341(a) Meeting Date:** 02/23/09  
**Claims Bar Date:** 06/04/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 1910 Chestnut Hill, Plainfield-scheduled | 300,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking-Harris-scheduled | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | Harris Checikng-S Coporation-scheduled | 8.20 | 0.00 | DA | 0.00 | FA |
| 4 | Furniture-scheduled | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | 100% ownershipSS Rubel Carpentry-scheduled | 1.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2000 Silverado-scheduled | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 1999 Mercedes-scheduled | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Personal injury lawsuit-unscheduled (u)   Listed in amended schedules after Trustee discovered asset . | 0.00 | 60,000.00 | | 75,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 13.39 | Unknown |
| 10 | Assets   Totals (Excluding unknown values) | **$312,709.20** | **$60,000.00** | | **$75,013.39** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee hired special counsel to prosecute a personal injury case, which was settled. The Trustee filed his Final Report and made the distribution to creditors. A second distribution was required, after the approval of the final report in this case ,since the IRS returned its distribution check from the first distribution and said it had been paid in full.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013     **Current Projected Date Of Final Report (TFR):**   December 31, 2013

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-02201  
**Case Name:** RUBEL, WILLIAM A, SR.  
RUBEL, SANDRA S.  
**Taxpayer ID #:** **-***0429  
**Period Ending:** 11/17/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****60-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/17/10 | {9} | West Bend | Payment of Pi settlement per court order | 1242-000 | 75,000.00 | | 75,000.00 |
| 01/21/10 | 1001 | Cortina, Mueller, Probish PC | Payment of special counsel fee per court order | 3210-600 | | 25,000.00 | 50,000.00 |
| 01/21/10 | 1002 | Cortina, Mueller, Probish P.C. | Payment of expenses of special counsel per court order | 3220-610 | | 2,973.13 | 47,026.87 |
| 01/21/10 | 1003 | William Rubel | Payment of PI exemption per court order | 8100-002 | | 15,000.00 | 32,026.87 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 32,027.64 |
| 02/11/10 | 1004 | Community Imaging | Payment of lien per court order | 2990-000 | | 728.00 | 31,299.64 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.20 | | 31,300.84 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.40 | | 31,302.24 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.21 | | 31,302.45 |
| 04/06/10 | | Wire out to BNYM account 9200******6065 | Wire out to BNYM account 9200******6065 | 9999-000 | -31,302.45 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 43,701.13 | 43,701.13 | $0.00 |
| | | | Less: Bank Transfers | | -31,302.45 | 0.00 | |
| | | | **Subtotal** | | 75,003.58 | 43,701.13 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$75,003.58** | **$28,701.13** | |

{} Asset reference(s)

Printed: 11/17/2011 10:19 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-02201 | | **Trustee:** | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- | --- |
| **Case Name:** | RUBEL, WILLIAM A, SR. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | RUBEL, SANDRA S. | | **Account:** | ***-*****60-66 - Checking Account |
| **Taxpayer ID #:** | **-***0429 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 11/17/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)                                                                                   Printed: 11/17/2011 10:19 AM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 09-02201 | | **Trustee:** | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| **Case Name:** | RUBEL, WILLIAM A, SR. | | **Bank Name:** | The Bank of New York Mellon |
| | RUBEL, SANDRA S. | | **Account:** | 9200-******60-65 - Money Market Account |
| **Taxpayer ID #:** | **-***0429 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 11/17/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6065 | Wire in from JPMorgan Chase Bank, N.A. account ********6065 | 9999-000 | 31,302.45 | | 31,302.45 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.50 | | 31,303.95 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.86 | | 31,305.81 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.80 | | 31,307.61 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.86 | | 31,309.47 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.86 | | 31,311.33 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 31,311.58 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 31,311.84 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 31,312.09 |
| 12/21/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.17 | | 31,312.26 |
| 12/21/10 | | To Account #9200******6066 | Final distribution per court order | 9999-000 | | 31,312.26 | 0.00 |
| | | | ACCOUNT TOTALS | | 31,312.26 | 31,312.26 | $0.00 |
| | | | Less: Bank Transfers | | 31,302.45 | 31,312.26 | |
| | | | **Subtotal** | | **9.81** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9.81** | **$0.00** | |

{} Asset reference(s)                                      Printed: 11/17/2011 10:19 AM    V.12.57

Exhibit 9

# FORM 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-02201
**Case Name:** RUBEL, WILLIAM A, SR.
RUBEL, SANDRA S.
**Taxpayer ID #:** **-***0429
**Period Ending:** 11/17/11

**Trustee:** MICHAEL G. BERLAND (520196)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******60-66 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/10 | | From Account #9200******6065 | Final distribution per court order | 9999-000 | 31,312.26 | | 31,312.26 |
| 12/22/10 | 10101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $6,250.64, Trustee Compensation; Reference: | 2100-000 | | 6,250.64 | 25,061.62 |
| 12/22/10 | 10102 | Internal Revenue Service | Dividend paid 100.00% on $4,766.11; Claim# 1P; Filed: $4,766.11; Reference: Stopped on 01/19/11 | 5800-000 | | 4,766.11 | 20,295.51 |
| 12/22/10 | 10103 | Internal Revenue Service | Dividend paid 38.82% on $224.46; Claim# 1U; Filed: $224.46; Reference: Stopped on 01/19/11 | 7100-000 | | 87.15 | 20,208.36 |
| 12/22/10 | 10104 | Discover Bank/DFS Services LLC | Dividend paid 38.82% on $16,072.30; Claim# 2; Filed: $16,072.30; Reference: | 7100-000 | | 6,239.35 | 13,969.01 |
| 12/22/10 | 10105 | PYOD LLC , as assignee of Ctibank | Dividend paid 38.82% on $10,356.57; Claim# 3; Filed: $10,356.57; Reference: | 7100-000 | | 4,020.47 | 9,948.54 |
| 12/22/10 | 10106 | PYOD LLC as assignee of Citibank | Dividend paid 38.82% on $1,001.52; Claim# 4; Filed: $1,001.52; Reference: | 7100-000 | | 388.80 | 9,559.74 |
| 12/22/10 | 10107 | American Express Bank FSB | Dividend paid 38.82% on $1,331.49; Claim# 5; Filed: $1,331.49; Reference: | 7100-000 | | 516.89 | 9,042.85 |
| 12/22/10 | 10108 | American Express Centurion Bank | Dividend paid 38.82% on $5,194.01; Claim# 6; Filed: $5,194.01; Reference: | 7100-000 | | 2,016.34 | 7,026.51 |
| 12/22/10 | 10109 | Shannon A Houdek & W. Todd Houdek | Dividend paid 38.82% on $18,100.00; Claim# 7; Filed: $18,100.00; Reference: | 7100-000 | | 7,026.51 | 0.00 |
| 01/19/11 | 10102 | Internal Revenue Service | Dividend paid 100.00% on $4,766.11; Claim# 1P; Filed: $4,766.11; Reference: Stopped: check issued on 12/22/10 | 5800-000 | | -4,766.11 | 4,766.11 |
| 01/19/11 | 10103 | Internal Revenue Service | Dividend paid 38.82% on $224.46; Claim# 1U; Filed: $224.46; Reference: Stopped: check issued on 12/22/10 | 7100-000 | | -87.15 | 4,853.26 |
| 04/13/11 | 10110 | Discover Bank/DFS Services LLC | Dividend paid 48.14% on $16,072.30; Claim# 2; Filed: $16,072.30; Reference: | 7100-000 | | 1,498.45 | 3,354.81 |
| 04/13/11 | 10111 | PYOD LLC , as assignee of Ctibank | Dividend paid 48.14% on $10,356.57; Claim# 3; Filed: $10,356.57; Reference: | 7100-000 | | 965.56 | 2,389.25 |
| 04/13/11 | 10112 | PYOD LLC as assignee of Citibank | Dividend paid 48.14% on $1,001.52; Claim# 4; Filed: $1,001.52; Reference: | 7100-000 | | 93.37 | 2,295.88 |
| 04/13/11 | 10113 | American Express Bank FSB | Dividend paid 48.14% on $1,331.49; Claim# 5; Filed: $1,331.49; Reference: | 7100-000 | | 124.14 | 2,171.74 |
| 04/13/11 | 10114 | American Express Centurion Bank | Dividend paid 48.14% on $5,194.01; Claim# 6; Filed: $5,194.01; Reference: | 7100-000 | | 484.25 | 1,687.49 |
| 04/13/11 | 10115 | Shannon A Houdek & W. Todd Houdek | Dividend paid 48.14% on $18,100.00; Claim# 7; Filed: $18,100.00; Reference: | 7100-000 | | 1,687.49 | 0.00 |

Subtotals :   $31,312.26   $31,312.26

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 09-02201
**Case Name:** RUBEL, WILLIAM A, SR.
RUBEL, SANDRA S.
**Taxpayer ID #:** **-***0429
**Period Ending:** 11/17/11

**Trustee:** MICHAEL G. BERLAND (520196)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******60-66 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 31,312.26 | 31,312.26 | $0.00 |
| | | | Less: Bank Transfers | | 31,312.26 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 31,312.26 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $31,312.26 | |

```
       Net Receipts :          75,013.39
Less Payments to Debtor :      15,000.00
                          ─────────────
          Net Estate :         $60,013.39
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****60-65** | 75,003.58 | 28,701.13 | 0.00 |
| **Checking # ***-*****60-66** | 0.00 | 0.00 | 0.00 |
| **MMA # 9200-******60-65** | 9.81 | 0.00 | 0.00 |
| **Checking # 9200-******60-66** | 0.00 | 31,312.26 | 0.00 |
| | $75,013.39 | $60,013.39 | $0.00 |

{} Asset reference(s)

Printed: 11/17/2011 10:19 AM    V.12.57